*T. A. E. Weadock* for plaintiff.
*A. McDonell* contra.

---

## Superior Court of Grand Rapids.

### JOSEPH BAUDRIG

#### vs.

### WITHAM W. POWERS,
### DAN. CHAPPELL.

*Revivor—Administrator.*

Where one of two or more defendants dies the suit cannot be revived against the administrator of the deceased defendant.

This was an action of trover against two defendants. While the suit was pending one of the defendants died, and an attempt was made to revive as against the administrators.

Motion to dismiss the proceedings against the administrators.

THE COURT, PARRISH J., held that when an action is brought against two or more defendants and one dies, the suit cannot be revived against the administrator of such deceased defendant ; that the case must proceed, if

---

at all, against the surviving defendants. The proceedings to revive are entirely statutory, and are not authorized in such cases. 2 C. L., 5824, page 1686.

Decided March, 1883.

*Sliter & Rogers* for plaintiffs.
*Taggert, Stone & Earle* for defendants.